# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

NIC Insurance Company, a New York Corporation

V.

Appian Construction Co., Inc., a California Corporation; 1221 Monticello, L.P., a California Limited Partnership; and Does 1-50, inclusive.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 5988

EMC

TO: (Name and address of defendant)

SEE ABOVE-NAMED DEFENDANTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brandt L. Wolkin, Esq.
WOLKIN CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, CA 94111
telephone: 415/982-9390
facsimile: 415/982-4328

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  NOV 2 7 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

| Attorney or Party without Attorney: BRANDT L. WOLKIN, ESQ., Bar #112220<br>WOLKIN CURRAN, LLP<br>555 MONTGOMERY ST., SUITE 1100<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415 982-9390 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: NIC INSURANCE | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | | |
| Plaintiff: NIC INSURANCE COMPANY<br>Defendant: APPIAN CONSTRUCTION CO., INC., et al. | | |
| **PROOF OF SERVICE SUMMONS & COMPLAINT** | Hearing Date:   Time:   Dept/Div: | Case Number: C 07-05988 EMC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Civil Cover Sheet; Complaint For Declaratory Relief; Contribution; Reimbursement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Contents To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Drop Box Filing Procedures; Welcome To The U.S. District Court.

3. a. Party served:                           1221 MONTICELLO, L.P.

4. Address where the party was served:       1485 ENEA COURT
                                              SUITE 1490
                                              CONCORD, CA 94520

5. I served the party:
   b. **by substituted service.** On: Thu., Nov. 29, 2007 at: 2:50PM by leaving the copies with or in the presence of:
   JUDY EWING, OFFICE MANAGER
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: 1221 MONTICELLO, L.P.
   Other: A CALIFORNIA LIMITED PARTNERSHIP

7. **Person Who Served Papers:**                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAIMUNDO CARVALHO                       d. **The Fee** for Service was:

   First Legal Support Services              e. I am: (3) registered California process server
   ATTORNEY SERVICES                             (i) Employee
   1138 HOWARD STREET                            (ii) Registration No.:   2005-0000968-00
   San Francisco, CA 94103                       (iii) County:            San Francisco
   (415) 626-3111, FAX (415) 626-1331

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Dec. 04, 2007

   Judicial Council Form POS-010           PROOF OF SERVICE              (RAIMUNDO CARVALHO)
   Rule 982.9.(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT           6386796.brawo-wc.100834

| Attorney or Party without Attorney: <br> BRANDT L. WOLKIN, ESQ., Bar #112220 <br> WOLKIN CURRAN, LLP <br> 555 MONTGOMERY ST., SUITE 1100 <br> SAN FRANCISCO, CA 94111 <br> Telephone No: 415 982-9390    FAX No: | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: <br> NIC INSURANCE | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | | |
| Plaintiff: NIC INSURANCE COMPANY | | |
| Defendant: APPIAN CONSTRUCTION CO., INC., et al. | | |

| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C 07-05988 EMC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case Civil Cover Sheet; Complaint For Declaratory Relief; Contribution; Reimbursement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Contents To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Drop Box Filing Procedures; Welcome To The U.S. District Court.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Thu., Nov. 29, 2007
   b. Place of Mailing:         SAN FRANCISCO, CA 94103
   c. Addressed as follows:     1221 MONTICELLO, L.P.
                                1485 ENEA COURT
                                SUITE 1490
                                CONCORD, CA 94520

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Nov. 29, 2007 in the ordinary course of business.

5. Person Serving:                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                            d. *The Fee* for Service was:
   b. FIRST LEGAL SUPPORT SERVICES            e. I am: Not a Registered California Process Server
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Tue, Dec. 04, 2007

                                                                           (AARON DANIEL)

   Judicial Council Form POS-010            PROOF OF SERVICE                      6386796.brawo-wc.100834
   Rule 982.9.(a)&(b) Rev January 1, 2007        By Mail