# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIC Insurance Company, a New York Corporation<br><br>V.<br><br>Appian Construction Co., Inc., a California Corporation; 1221 Monticello, L.P., a California Limited Partnership; and Does 1-50, inclusive.<br><br>TO: (Name and address of defendant)<br><br>SEE ABOVE-NAMED DEFENDANTS | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER:<br><br>C 07 5988<br><br>EMC |

E-Filing

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brandt L. Wolkin, Esq.
WOLKIN CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, CA  94111
telephone: 415/982-9390
facsimile: 415/982-4328

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  NOV 2 7 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

| Attorney or Party without Attorney: <br> BRANDT L. WOLKIN, ESQ., Bar #112220 <br> WOLKIN CURRAN, LLP <br> 555 MONTGOMERY ST., SUITE 1100 <br> SAN FRANCISCO, CA 94111 <br> Telephone No: 415 982-9390 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: <br> NIC INSURANCE |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | |
| Plaintiff: NIC INSURANCE COMPANY <br> Defendant: APPIAN CONSTRUCTION CO., INC., et al. | |

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C 07-05988 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Civil Cover Sheet; Complaint For Declaratory Relief; Contribution; Reimbursement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Contents To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Drop Box Filing Procedures; Welcome To The U.S. District Court.

3. a. Party served: APPIAN CONSTRUCTION CO., INC.

4. Address where the party was served: 1485 ENEA COURT SUITE 1490 CONCORD, CA 94520

5. I served the party:
   b. **by substituted service.** On: Thu., Nov. 29, 2007 at: 2:50PM by leaving the copies with or in the presence of:
   JUDY EWING, OFFICE MANAGER
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: APPIAN CONSTRUCTION CO., INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. RAIMUNDO CARVALHO
   
   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for Service was:
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2005-0000968-00
      (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Dec. 04, 2007

   (RAIMUNDO CARVALHO)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

6386795.brawo-wc.100830

| Attorney or Party without Attorney: <br> BRANDT L. WOLKIN, ESQ., Bar #112220 <br> WOLKIN CURRAN, LLP <br> 555 MONTGOMERY ST., SUITE 1100 <br> SAN FRANCISCO, CA 94111 <br> Telephone No: 415 982-9390     FAX No: | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: <br> NIC INSURANCE | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | | |
| Plaintiff: NIC INSURANCE COMPANY | | |
| Defendant: APPIAN CONSTRUCTION CO., INC., et al. | | |

| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C 07-05988 EMC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case; Civil Cover Sheet; Complaint For Declaratory Relief; Contribution; Reimbursement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Contents To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Drop Box Filing Procedures; Welcome To The U.S. District Court.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:       Thu., Nov. 29, 2007
   b. Place of Mailing:      SAN FRANCISCO, CA 94103
   c. Addressed as follows:  APPIAN CONSTRUCTION CO., INC.
                             1485 ENEA COURT
                             SUITE 1490
                             CONCORD, CA 94520

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Nov. 29, 2007 in the ordinary course of business.

5. Person Serving:                                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                              d. *The Fee* for *Service was:*
   b. FIRST LEGAL SUPPORT SERVICES              e. I am: Not a Registered California Process Server
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Tue, Dec. 04, 2007

   Judicial Council Form POS-010                PROOF OF SERVICE                (AARON DANIEL)
   Rule 982.9.(a)&(b) Rev January 1, 2007           By Mail                    6386795.brawo-wc.100830