| | |
|---|---|
| 1 | Edward A Galloway, Bar No. 128962 |
| | egalloway@jdtplaw.com |
| 2 | Bradley R. Mathews, Bar No. 202055 |
| | bmathews@jdtplaw.com |
| 3 | JACKSON, DeMARCO, TIDUS, PETERSEN |
| | & PECKENPAUGH |
| 4 | A Law Corporation |
| | 2030 Main Street, Suite 1200 |
| 5 | Irvine, California 92614 |
| | Telephone: (949) 752-8585 |
| 6 | Fax: (949) 752-0597 |
| 7 | Attorneys for Defendants |
| | APPIAN CONSTRUCTION CO., INC. and |
| 8 | 1221 MONTICELLO, L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIC INSURANCE COMPANY, a New York corporation | CASE NO. C-07-05988 EMC |
| Plaintiff, | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16]** |
| vs. | |
| APPIAN CONSTRUCTION CO., INC., a California corporation; 1221 MONTICELLO, L.P., a California Limited Partnership; and DOES 1 through 50, inclusive | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations or persons, firms, partnerships, corporations (including parent corporations ) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

-1-   2294-00085/769926.1
**CERTIFICATION OF INTERESTED ENTITIES - CASE NO. C-07-05988 EMC**

1 | Double Bogey, LP, which is a limited partner in Defendant 1221 Monticello, LP

Respectfully submitted,

DATED: February 6, 2008

JACKSON, DeMARCO, TIDUS,
PETERSEN & PECKENPAUGH

By: s/Bradley R. Mathews
Bradley R. Mathews
Attorneys for Defendants
Appian Construction Co., Inc. and
1221 Monticello, L.P.

-2-	2294-00085/769926.1

**CERTIFICATION OF INTERESTED ENTITIES - CASE NO. C-07-05988 EMC**