UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIC Ins. Co.,

    Plaintiff,

v.

APPIAN CONSTRUCTION CO., INC;
1221 MONTICELLO, L.P.,

    Defendant.

No. C-07-05988 EMC

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration     ☐ ENE     ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR *(please identify process and provider)*
Mediation: Randall W. Wulff, Wulff Quinby & Sochhnsky Dispute Resolution.

Dated: 2-6-08

Wolkim Curran, LLP
By: _____
Attorney for Plaintiff David F. Myers

Dated: 2-6-08

Jackson DeMarco Titus Petersen & Peckenpaugh
_____
Attorney for Defendant
By: Edward A. Galloway, Esq.

IT IS SO ORDERED:

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

1

REV. 5/00

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

NIC Insurance Co.

Dated: 2-6-08    By: /s/ Nancy Barrow
[Typed name and signature of plaintiff]
Nancy Barrow

Wolkin Curran, LLP

Dated: 2-6-08    By: _____
[Typed name and signature of counsel for plaintiff]
David F. Myers

Appian Construction Co., Inc.

Dated: 2-6-08    By: /s/
[Typed name and signature of defendant]
Vesty Enea, authorized agent

Jackson DeMarco Tidus Petersen & Peckenpaugh

Dated: 2-6-08    _____
[Typed name and signature of counsel for defendant]

By: Edward A. Galloway, Esq.

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2
REV. 5/00

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: 2-6-08

_____
[Typed name and signature of plaintiff]

Dated: 2-6-08

_____
[Typed name and signature of counsel for plaintiff]
Appian Construction Co., Inc.
By: /s/

Dated: 2-6-08

[Typed name and signature of defendant]
Vesty Enea, authorized agent

Jackson DeMarco Tidus Petersen & Peckenpaugh

Dated: 2-6-08

[Typed name and signature of counsel for defendant]
By: Edward A. Galloway, Esq.

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: _____  _____
[Typed name and signature of plaintiff]

Dated: _____  _____
[Typed name and signature of counsel for plaintiff]

1221 Monticello, LP

Dated: 2-6-08   By: /s/ _____
[Typed name and signature of defendant]
Vesty Enea, authorized agent

Jackson DeMarco Tidus Petersen & Peckenpaugh

Dated: 2-6-08   _____
[Typed name and signature of counsel for defendant]
By: Edward Galloway, Esq.

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2
REV. 5/00