```
Brandt L. Wolkin, Esq., SBN:112220
David F. Myers, Esq., SBN:105102
WOLKIN CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, CA 94111
Tel:  (415) 982-9390
Fax:  (415) 982-4328

Attorneys for Plaintiff,
NIC INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIC INSURANCE COMPANY<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>APPIAN CONSTRUCTION CO., INC., ET AL.<br><br>　　　　　Defendant(s).<br>_____ / | No. C -07-005988 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 13, 2008

Signature _____
Counsel for David F. Myers
NIC INSURANCE COMPANY
(Plaintiff, Defendant, or indicate "pro se")