Brandt L. Wolkin, Esq. SBN 112220
David F. Myers, Esq., SBN 185102
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 982-9390
Facsimile:   (415) 982-4328

Attorneys for Plaintiff,
NIC INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIC INSURANCE COMPANY, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>APPIAN CONSTRUCTION CO., INC., a California Corporation; 1221 MONTICELLO, L.P., a California Limited Partnership; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  C-07-005988 CW<br><br>**NIC INSURANCE COMPANY'S CERTIFICATE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br>**[Civil L.R. 3-16]** |

Pursuant to Civil L.R. 3-16, the undersigned hereby certifies that the following listed person, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

/ / /

/ / /

1.

1  NAVIGATORS INSURANCE COMPANY

2

3  Dated: February 25, 2008                    WOLKIN • CURRAN, LLP

4
                                               By: _____
5                                                  Brandt L. Wolkin
                                                   David F. Myers
6                                              Attorneys for Plaintiff,
                                               NIC INSURANCE COMPANY
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.