| | |
|---|---|
| 1 | Edward A Galloway, Bar No. 128962 |
|   | egalloway@jdtplaw.com |
| 2 | Bradley R. Mathews, Bar No. 202055 |
|   | bmathews@jdtplaw.com |
| 3 | JACKSON, DeMARCO, TIDUS, PETERSEN |
|   | & PECKENPAUGH |
| 4 | A Law Corporation |
|   | 2030 Main Street, Suite 1200 |
| 5 | Irvine, California 92614 |
|   | Telephone: (949) 752-8585 |
| 6 | Fax: (949) 752-0597 |
| 7 | Attorneys for Defendants |
|   | APPIAN CONSTRUCTION CO., INC. and |
| 8 | 1221 MONTICELLO, L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIC INSURANCE COMPANY, a New York corporation | CASE NO. C-07-05988 CW |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| APPIAN CONSTRUCTION CO., INC., a California corporation; 1221 MONTICELLO, L.P., a California Limited Partnership; and DOES 1 through 50, inclusive | |
| Defendants. | |

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that the undersigned, Edward A. Galloway of Jackson, DeMarco, Tidus, Petersen & Peckenpaugh hereby notes his appearance in the above-entitled action.

///

///

///

-1-  6079-47339\774142.1
**NOTICE OF APPEARANCE - CASE NO. C-07-05988 CW**

Contact information for Mr. Galloway is as follows:

Jackson, DeMarco, Tidus, Petersen & Peckenpaugh
2030 Main Street, Suite 1200
Irvine, CA 92614
Tel:  949.752.8585
Fax:  949.752.0597
egalloway@jdtplaw.com

DATED:  February 28, 2008            JACKSON, DeMARCO, TIDUS,
                                     PETERSEN & PECKENPAUGH


                                     By:  s/Edward A. Galloway
                                     Edward A. Galloway
                                     Attorneys for Defendants
                                     Appian Construction Co., Inc. and
                                     1221 Monticello, L.P.

-2-                                                              6079-47339\ 774142.1

**NOTICE OF APPEARANCE - CASE NO. C-07-05988 CW**