1  Edward A Galloway, Bar No. 128962
   egalloway@jdtplaw.com
2  JACKSON, DeMARCO, TIDUS, PETERSEN
   & PECKENPAUGH
3  A Law Corporation
   2030 Main Street, Suite 1200
4  Irvine, California 92614
   Telephone: (949) 752-8585
5  Fax: (949) 752-0597

6  Attorneys for Defendants
   APPIAN CONSTRUCTION CO., INC. and
7  1221 MONTICELLO, L.P.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   | NIC INSURANCE COMPANY, a New York corporation | CASE NO. C-07-05988 CW |
   |---|---|
   | Plaintiff, | **DEFENDANTS APPIAN CONSTRUCTION CO., INC. AND 1221 MONTICELLO, L.P.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
   | vs. | |
   | APPIAN CONSTRUCTION CO., INC., a California corporation; 1221 MONTICELLO, L.P., a California Limited Partnership; and DOES 1 through 50, inclusive | Date: March 11, 2008<br>Time: 2:00 p.m.<br>Location: Courtroom 2 |
   | Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants APPIAN CONSTRUCTION CO., INC. and 1221 MONTICELLO, L.P. respectfully request the Court's permission to appear telephonically at the Case Management Conference to be held on March 11, 2008, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

-1-                                                          6079-47339\ 772664.1

DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY - CASE NO. C-07-05988 CW

1  DATED: March 3, 2008                JACKSON, DeMARCO, TIDUS, PETERSEN
2                                       & PECKENPAUGH
3                                      By:  s/Edward A. Galloway
                                            Edward A. Galloway
4                                           Attorneys for Defendants
                                            APPIAN CONSTRUCTION CO., INC. and
5                                           1221 MONTICELLO, L.P.

-2-                                                                  6079-47339\ 772664.1

DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY - CASE NO. C-07-05988 CW