UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIC INSURANCE COMPANY, a New York corporation<br><br>            Plaintiff,<br><br>vs.<br><br>APPIAN CONSTRUCTION CO., INC., a California corporation; 1221 MONTICELLO, L.P., a California Limited Partnership; and DOES 1 through 50, inclusive<br><br>            Defendants. | CASE NO. C-07-05988 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:  March 11, 2008<br>Time:  2:00 p.m.<br>Location:  Courtroom 2 |

The Court has duly considered Defendants APPIAN CONSTRUCTION CO., INC. and 1221 MONTICELLO, L.P.'s Motion to Appear by Telephone at Case Management Conference. The Court hereby grants permission for Defendants to appear telephonically at the Case Management Conference to be held on March 11, 2008, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  The direct dial phone number of counsel for Defendants, Edward A. Galloway, is 949.851.7461.

1     IT IS SO ORDERED.

3   DATED: March __, 2008

                                     Honorable Claudia Wilken

[PROPOSED] ORDER GRANTING APPEARANCE VIA TELEPHONE - CASE NO. C-07-05988 CW