1  Edward A Galloway, Bar No. 128962
   egalloway@jdtplaw.com
2  JACKSON, DeMARCO, TIDUS
   & PECKENPAUGH
3  A Law Corporation
   2030 Main Street, Suite 1200
4  Irvine, California 92614
   Telephone: (949) 752-8585
5  Fax: (949) 752-0597

6  Attorneys for Defendants
   APPIAN CONSTRUCTION CO., INC. and
7  1221 MONTICELLO, L.P.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
    | NIC INSURANCE COMPANY, a New York corporation | CASE NO. C-07-05988 CW |
12
    | Plaintiff, | **DEFENDANTS APPIAN CONSTRUCTION CO., INC. AND 1221 MONTICELLO, L.P.'S REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE** |
13
    | vs. | |
14
    | APPIAN CONSTRUCTION CO., INC., a California corporation; 1221 MONTICELLO, L.P., a California Limited Partnership; and DOES 1 through 50, inclusive | Date: September 2, 2008<br>Time: 2:00 p.m.<br>Location: Courtroom 2 |
15
    | Defendant. | |

21  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

22    Defendants APPIAN CONSTRUCTION CO., INC. and 1221 MONTICELLO, L.P.

23  respectfully request the Court's permission to appear telephonically at the Status Conference to be

24  held on September 2, 2008, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland,

25  CA 94612.

26

27

28

                                        -1-                          6079-47339\REQ\ 806398.1
   DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY - CASE NO. C-07-05988 CW

-2-

| | | |
|---|---|---|
| 1 | DATED: August 18, 2008 | JACKSON, DeMARCO, TIDUS & PECKENPAUGH |
| 2 | | |
| 3 | | By: s/Edward A. Galloway<br>Edward A. Galloway<br>Attorneys for Defendants |
| 4 | | APPIAN CONSTRUCTION CO., INC. and<br>1221 MONTICELLO, L.P. |

6079-47339\REQ\ 806398.1

DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY - CASE NO. C-07-05988 CW

|    |    |
| --- | --- |
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIC INSURANCE COMPANY, a New York corporation<br><br>Plaintiff,<br><br>vs.<br><br>APPIAN CONSTRUCTION CO., INC., a California corporation; 1221 MONTICELLO, L.P., a California Limited Partnership; and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. C-07-05988 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE**<br><br>Date:  September 2, 2008<br>Time:  2:00 p.m.<br>Location:  Courtroom 2 |

The Court has duly considered Defendants APPIAN CONSTRUCTION CO., INC. and 1221 MONTICELLO, L.P.'s Motion to Appear by Telephone at Status Conference. The Court hereby grants permission for Defendants to appear telephonically at the Case Management Conference to be held on September 2, 2008, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. The direct dial phone number of counsel for Defendants, Edward A. Galloway, is 949.851.7461.

[PROPOSED] ORDER GRANTING APPEARANCE VIA TELEPHONE - CASE NO. C-07-05988 CW

Case 4:07-cv-05988-CW    Document 22-2    Filed 08/18/2008    Page 2 of 2

-2-

1   IT IS SO ORDERED.

2

3   DATED:  August __, 2008                    _____
                                                Honorable Claudia Wilken
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-                                          6079-47339\ORD\ 806397.1
[PROPOSED] ORDER GRANTING APPEARANCE VIA TELEPHONE - CASE NO. C-07-05988 CW