Brandt L. Wolkin, Esq. SBN 112220
David F. Myers, Esq., SBN 185102
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:    (415) 982-9390
Facsimile:    (415) 982-4328

Attorneys for Plaintiff,
NIC INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIC INSURANCE COMPANY, a New York Corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>APPIAN CONSTRUCTION CO., INC., a California Corporation; 1221 MONTICELLO, L.P., a California Limited Partnership and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No.   C 07-05988 CW<br><br><br><br>**SECOND JOINT REPORT OF COUNSEL**<br><br>**Date: September 2, 2008**<br>**Time: 2:00 p.m.**<br>**Location:** |

The following report is jointly submitted by all counsel pursuant to the Court's Minute Order and Case Management Order dated March 20, 2008.

### A SETTLEMENT IN PRINCIPLE HAS BEEN REACHED IN BOTH THE INSTANT CASE AND THE UNDERLYING STATE COURT CONSTRUCTION DEFECT ACTION AND THE PARTIES ARE IN THE PROCESS OF EXECUTING THE NECESSARY SETTLEMENT DOCUMENTS

Since the last Case Management Conference held in this case on March 11, 2008, the parties to the instant case participated in a private mediation conducted jointly for the instant case as well as the

underlying construction defect action pending in Contra Costa County Superior Court, titled *Manley v. Appian, et al.*, Case No. C-05-00358 (the **"Underlying Action"**). An agreement in principle to settle both cases was reached and, since that time, the parties have exchanged multiple drafts of settlement documents. The defendants in the instant case, Appian Construction Co., Inc. (**"Appian"**) and 1221 Monticello LP (**"Monticello"**), have signed the settlement agreement in the Underlying Action and the settlement agreement for the instant action. The settlement agreement in the instant case also calls for the signing of several additional documents, including: (1) a Stipulated Judgment in the instant case, which Montecito, Appian and Plaintiff Navigators Insurance Co. (**"NIC"**) have signed; (2) a promissory note, which Montecito and Appian have signed; and (3) four deeds of trust to secure the promissory note, which Montecito and Appian have not yet signed. Montecito and Appian are searching for a trustee to serve under the four deeds of trust, and expect to have them signed prior to the Case Management Conference in this matter scheduled for September 2, 2008.

According to the last report counsel in the instant case received from counsel in the Underlying Action, five out of the sixteen signatories to the settlement agreement in the Underlying Action have not yet signed. The experience of counsel for Appian, Monticello and NIC is that there are frequently a few parties in construction defect cases who delay signing settlement agreements for some period, but ultimately sign. Counsel in the instant case cannot guarantee that will occur, but would be surprised if the few remaining subcontractors who have not yet signed the settlement agreement do not sign within a month.

/ / /

/ / /

/ / /

Based on the above-reported status of this, and the related, actions, counsel jointly request that the Court set this matter for a further Case Management Conference in approximately sixty days for the purpose of confirming completion of all remaining formalities associated with the settlements in principal reached in all of the related actions.

DATED: August 19, 2008  WOLKIN CURRAN, LLP

By: /s/ David F. Myers
Brandt L. Wolkin
David F. Myers
Attorneys for Plaintiff
NIC INSURANCE COMPANY

DATED: August 19, 2008  JACKSON DEMARCO TIDUS & PECKENPAUGH

By: /s/ Edward A. Galloway
Edward A. Galloway
Attorneys for Defendants
APPIAN CONSTRUCTION COMPANY, INC and
1221 MONTICELLO, LP