**United States District Court**
For the Northern District of California

1
2
3
4                    IN  THE  UNITED  STATES  DISTRICT  COURT
5                 FOR  THE  NORTHERN  DISTRICT  OF  CALIFORNIA
6
7                                          No. C 08-02710 CW
   METROPOLITAN LIFE INSURANCE COMPANY,
8                                          CLERK'S NOTICE
            Plaintiff,                     CONTINUING CASE
9                                          MANAGEMENT
        v.                                 CONFERENCE
10
   DONNA DOMINO,
11
            Defendant.
12   _____/
13
14        Notice is hereby given that the Case Management Conference,
15   previously set for September 2, 2008, is continued to **September 16,**
16   **2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street,
17   Oakland, CA 94612.  The joint Case Management Statement will be due
18   one week prior to the conference.
19
20   Dated:  8/25/08                       _____
                                           SHEILAH CAHILL
21                                         Deputy Clerk
22
23
24
25
26
27
28