1  Edward A Galloway, Bar No. 128962
   egalloway@jdtplaw.com
2  JACKSON, DeMARCO, TIDUS
   & PECKENPAUGH
3  A Law Corporation
   2030 Main Street, Suite 1200
4  Irvine, California 92614
   Telephone: (949) 752-8585
5  Fax: (949) 752-0597

6  Attorneys for Defendants
   APPIAN CONSTRUCTION CO., INC. and
7  1221 MONTICELLO, L.P.

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11
   NIC INSURANCE COMPANY, a New          CASE NO. C-07-05988 CW
12 York corporation
                                         **DEFENDANTS APPIAN
13             Plaintiff,                CONSTRUCTION CO., INC. AND 1221
                                         MONTICELLO, L.P.'S REQUEST TO
14 vs.                                   APPEAR TELEPHONICALLY AT
                                         STATUS CONFERENCE**
15 APPIAN CONSTRUCTION CO., INC., a
   California corporation; 1221          Date: September 16, 2008
16 MONTICELLO, L.P., a California Limited Time: 2:00 p.m.
   Partnership; and DOES 1 through 50,   Location: Courtroom 2
17 inclusive

18             Defendant.

19

20

21     **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

22     Defendants APPIAN CONSTRUCTION CO., INC. and 1221 MONTICELLO, L.P.

23 respectfully request the Court's permission to appear telephonically at the Status Conference to be

24 held on September 16, 2008, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland,

25 CA 94612.

26

27

28

                                         -1-                         6079-47339\REQ\ 806398.1
   DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY - CASE NO. C-07-05988 CW

| | | |
|---|---|---|
| 1 | DATED: August 25, 2008 | JACKSON, DeMARCO, TIDUS & PECKENPAUGH |
| 2 | | |
| 3 | | By: s/Edward A. Galloway |
| | | Edward A. Galloway |
| 4 | | Attorneys for Defendants APPIAN CONSTRUCTION CO., INC. and |
| 5 | | 1221 MONTICELLO, L.P. |

-2-   6079-47339\REQ\ 806398.1

DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY - CASE NO. C-07-05988 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIC INSURANCE COMPANY, a New York corporation<br><br>Plaintiff,<br><br>vs.<br><br>APPIAN CONSTRUCTION CO., INC., a California corporation; 1221 MONTICELLO, L.P., a California Limited Partnership; and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. C-07-05988 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE**<br><br>Date: September 16, 2008<br>Time: 2:00 p.m.<br>Location: Courtroom 2 |

The Court has duly considered Defendants APPIAN CONSTRUCTION CO., INC. and 1221 MONTICELLO, L.P.'s Motion to Appear by Telephone at Status Conference. The Court hereby grants permission for Defendants to appear telephonically at the Case Management Conference to be held on September 16, 2008, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. The direct dial phone number of counsel for Defendants, Edward A. Galloway, is 949.851.7461.

-1-

6079-47339\ORD\ 806397.1

[PROPOSED] ORDER GRANTING APPEARANCE VIA TELEPHONE - CASE NO. C-07-05988 CW

|  |  |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | |
| 3 | DATED: August __, 2008 |

_____
Honorable Claudia Wilken