# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIC INSURANCE COMPANY, a New York corporation<br><br>             Plaintiff,<br><br>vs.<br><br>APPIAN CONSTRUCTION CO., INC., a California corporation; 1221 MONTICELLO, L.P., a California Limited Partnership; and DOES 1 through 50, inclusive<br><br>             Defendants. | CASE NO. C-07-05988 CW<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE**<br><br>Date:  September 16, 2008<br>Time:  2:00 p.m.<br>Location:  Courtroom 2 |

The Court has duly considered Defendants APPIAN CONSTRUCTION CO., INC. and 1221 MONTICELLO, L.P.'s Motion to Appear by Telephone at Status Conference. The Court hereby grants permission for Defendants to appear telephonically at the Case Management Conference to be held on September 16, 2008, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. The direct dial phone number of counsel for Defendants, Edward A. Galloway, is 949.851.7461. **Counsel shall be standing by from 2:00 p.m. (PST) on until contacted by the Court.**

1
2    IT IS SO ORDERED.
3
     DATED: Sept. 3, 2008
4
                                              _____
5                                             Honorable Claudia Wilken
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28