IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NIC INSURANCE COMPANY,

    Plaintiff,

    v.

APPIAN CONSTRUCTION CO. INC., et al.,

    Defendants.
    _____/

No. 07-05988 CW

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

    Pursuant to the Revised Second Joint Report of Counsel,

    IT IS HEREBY ORDERED that the Case Management Conference, previously set for September 16, 2008, is continued to November 18, 2008, at 2:00 p.m.  A joint updated Case Management Statement will be due one week prior to the conference.

    9/11/08
Dated _____

_____
CLAUDIA WILKEN
United States District Judge